Amber Baylor
CSBN 248196
4601 Concord Pike
Wilmington, DE 19803
Tel. 302-477-2159
aabaylor@widener.edu

FILED
JUN 7 2017
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of Attorney Suspended or Disbarred by the State of California

No. 17 MC 0612

Response to Order to Show Cause

Attorney Amber Baylor requests that the Court continue her membership in the bar of the Southern District of California. The initial suspension by the State Bar of California, due to Failure to Pay Bar Fees on time, was lifted one month after the suspension, in August 2016. *Exhibit A, Reinstatement to the State Bar of California.* The attorney's state bar dues are currently paid in full.

Amber Baylor

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of Attorney Suspended or Disbarred by the State of California | No. 17 MC 0612<br><br>Exhibit A |

Exhibit A, Reinstatement by State Bar of California

THE STATE BAR
OF CALIFORNIA

MEMBER RECORDS & COMPLIANCE

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617 TELEPHONE: 888-800-3400

September 2, 2016

#248196
Amber A. Baylor
Widener University Delaware School of La
4601 Concord Pike
Wilmington, DE 19803-1406

RE: **IN THE MATTER OF THE SUSPENSION OF ATTORNEYS FOR NONPAYMENT OF FEES UNDER THE STATE BAR ACT**

| | |
|---|---|
| Bar Misc. | S234725 |
| Filed: | May 25, 2016 |
| Effective: | July 1, 2016 |

Dear Member,

This is official notification that, pursuant to the receipt of fees and penalties owed by you, your suspension under the California Supreme Court's above-entitled order has terminated as of August 3, 2016 . Accordingly, under the provision of that order, you were fully restored to membership in the State Bar of California and to all rights and privileges, duties and responsibilities incident thereto.

Sincerely,

Tina Surles, Senior Administrative Supervisor
Member Records and Compliance

TS/knh

cc: Clerk of the Court
Supreme Court of California
350 McAllister Street
San Francisco, CA 94102

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may

RIORITY MAIL ★ XPRESS™

FASTEST SERVICE IN THE U.S.

2017 JUN 07 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED

USED INTERNATIONALLY, USTOMS DECLARATION EL MAY BE REQUIRED.

EMS

July 2013 OD: 12.5 x 9.5

10001000006

WRITE FIRMLY WITH BALL POINT PEN ON HARD SURFACE TO MAKE ALL COPIES LEGIBLE.

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT) PHONE ( )

**PAYMENT BY ACCOUNT (if applicable)**

**DELIVERY OPTIONS (Customer Use Only)**

☐ **SIGNATURE REQUIRED** *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**

- ☐ No Saturday Delivery (delivered next business day)
- ☐ Sunday/Holiday Delivery Required (additional fee, where available*)
- ☐ 10:30 AM Delivery Required (additional fee, where available*)

*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT) PHONE ( )

ZIP + 4® (U.S. ADDRESSES ONLY)

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

EL668899359US

TIONAL USE

UNITED STATES POSTAL SERVICE® | PRIORITY ★ MAIL ★ EXPRESS™

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☐ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|
| PO ZIP Code: 75215 | Scheduled Delivery Date (MM/DD/YY) | Postage: $ 23.95 | |
| Date Accepted (MM/DD/YY): 6/6/17 | Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON | Insurance Fee: $ | COD Fee: $ |
| Time Accepted: 2:00 ☐ AM ☐ PM | 10:30 AM Delivery Fee: $ | Return Receipt Fee: $ | Live Animal Transportation Fee: $ |
| Special Handling/Fragile: $ | Sunday/Holiday Premium Fee: $ | Total Postage & Fees: $ 23.95 | |
| Weight ☐ Flat Rate lbs. ozs. | Acceptance Employee Initials | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, OCTOBER 2016 PSN 7690-02-000-9996 3-ADDRESSEE COPY

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE®