# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of Attorneys Suspended or Disbarred by the State Bar of California,

(Amber Alexia Baylor, Cal. Bar #248196)

Case No.: 17mc0612

**ORDER OF SUSPENSION**

On April 21, 2017, the Court ordered Attorney Amber Alexia Baylor to show cause why she should not be suspended or disbarred from practice in this Court. On June 7, 2017, Ms. Baylor filed an unsigned response to the Order to Show Cause. In her response, Ms. Baylor states that she was suspended by the State Bar of California for failure to pay her bar fees on time but that she is no longer suspended by the State Bar of California because her bar fees are currently paid in full. She attaches a letter from the State Bar of California dated September 2, 2016, stating that Ms. Baylor's membership in the State Bar of California has been restored because she paid her bar fees. However, according to the State Bar of California's website as of September 22, 2017, Ms. Baylor is still on inactive status. Ms. Baylor telephonically appeared before the Court on September 22, 2017, and explained that she is voluntarily on inactive status with the State Bar of California.

1

17mc0612

Civil Local Rule 83.3.c.1.a states that "continuing membership in the bar of this court is limited to attorneys of good moral character who are active members in good standing of the State Bar of California." Therefore, the Court orders that since Ms. Baylor is not an active member of the State Bar of California, she is suspended from membership in the bar of this Court until she once again becomes an active member in good standing of the State Bar of California.

In order to seek reinstatement in the bar of this Court, Ms. Baylor may file a petition with the Clerk of Court with supporting documentation showing that she has been reinstated as an active member in good standing of the State Bar of California. This petition will be determined by the Chief Judge. CivLR 83.3.d.

**IT IS SO ORDERED.**

Dated: September 26, 2017

_____
Barry Ted Moskowitz, Chief Judge
United States District Court